People ex rel. Boksenbaum v Maginley-Liddie (2025 NY Slip Op 05958)

People ex rel. Boksenbaum v Maginley-Liddie

2025 NY Slip Op 05958

Decided on October 29, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 29, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
LARA J. GENOVESI
CARL J. LANDICINO
LAURENCE L. LOVE, JJ.

2025-12643

[*1]The People of the State of New York, ex rel. Anna Boksenbaum, etc., on behalf of Jose Castaneda, petitioner,
v
Lynelle Maginley-Liddie, etc., respondent.

Twyla Carter, New York, NY (Anna Boksenbaum pro se of counsel), for petitioner.
Melinda Katz, District Attorney, Kew Gardens, NY (Amanda Brauchhauser, Johnnette Traill, Charles T. Pollak, and Tess Mariel O'Leary of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application for the release of Jose Castaneda upon Queens County Indictment No. 1754/2025.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The petitioner has not demonstrated that the detention of Jose Castaneda for more than 144 hours without disposition of a felony complaint, commencement of a preliminary hearing, or obtaining an indictment, was illegal (see CPLR 7002[a], 7010[a]; CPL 180.80). Contrary to the petitioner's contention, the People demonstrated good cause for the one-day delay in obtaining an indictment (see CPL 180.80[3]).
IANNACCI, J.P., GENOVESI, LANDICINO and LOVE, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court